AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Michael Johnson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 - 12394 EFH

TO: (Name and address of Defendant)

Michael Johnson
23 Cottage Street
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin (BBO: 556328)
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____

(By) DEPUTY CLERK

DATE  11/26/03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 24, 2004

I hereby certify and return that on 2/19/2004 at 12:05PM I served a true and attested copy of the SUMMONS, COMPLAINT, COVER SHEET, CORPORATE DISCLOSURE & CASE COVER SHEET in this action in the following manner: To wit, by delivering in hand to MICHAEL JOHNSON at , 23 COTTAGE Street, Billerica, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

LOWELL

*George A. Hooper*

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date           Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.