UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: **03cv12394-EFH** |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Michael Johnson | ) | |
| Defendant | ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney

3/30/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___30___ day of ___March___, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Raymond Sayeg
4 Longfellow Place
Suite 3501-06
Boston, MA 02114

John M. McLaughlin, Esq.